PROOF OF SERVICE

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW

Plaintiff: MARY ANN CROOKS

Defendant: ACCOUNT CONTROL TECHNOLOGY, INC.

Case No: 10 CV 254

Documents Served: SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL

Party served: ACCOUNT CONTROL TECHNOLOGY, INC., BY SERVING TRACY ALDERMAN, SENIOR MANAGER AND PERSON AUTHORIZED TO ACCEPT SERVICE

By delivery at: BUSINESS

   (1) Date: 04/20/10

   (2) Time: 02:17 PM

   (3) Address: 5531 BUSINESS PARK S. #100, BAKERSFIELD, CA 93309

At the time of service I was at least eighteen years of age and not a party to this action.

Person serving:

ABRAHAM MITCHELL, EXEMPT UNDER
CALIFORNIA P.I. LICENSE # 23395
DUE PROCESS ATTORNEY SERVICES, INC.
P.O. BOX 20655
BAKERSFIELD CA 93390
(661) 588-9610

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/20/10

(x) _____
    ABRAHAM MITCHELL

PROOF OF SERVICE

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of _Kern_

On _May 11, 2010_ before me, _KC Bolton, Notary Public_
(here insert name and title of the officer)

personally appeared _Abraham Mitchell_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[Signature]_
Signature of Notary Public

K. C. BOLTON
COMM. #1694329
NOTARY PUBLIC - CALIFORNIA
KERN COUNTY
My Comm. Expires Oct. 15, 2010
(Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Proof of Service_
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _1_  Document Date _4/20/10_

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☑ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

CAPA v12.10.07 800-873-9865 www.NotaryClasses.com