UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARY ANN CROOKS,** | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| *Plaintiff,* | |
| v. | |
| **ACCOUNT CONTROL TECHNOLOGY** | Case No.: 10-cv-00254 |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the attorneys for the plaintiff and the defendant, that defendant shall have an extension of time to answer, move or otherwise respond to the Complaint until June 15, 2010.

**DATED**:    May 19, 2010

| | |
|---|---|
| **LAW OFFICES OF KENNETH HILLER** | **HISCOCK & BARCLAY, LLP** |
| By:  /s/   Seth Andrews | By:  /s/   John P. Gaughan |
|        Seth Andrews |        John P. Gaughan |
| 6000 North Bailey Avenue | 1100 M&T Center |
| Suite 1A | 3 Fountain Plaza |
| Amherst, NY  14226 | Buffalo, NY  14203 |
| Telephone: (716) 332-1884 | Telephone:  (716) 566-1300 |

- 2 -

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**MARY ANN CROOKS,**

        *Plaintiff,*

v.

**ACCOUNT CONTROL TECHNOLOGY, INC.**

        *Defendant*.

Case No.: 10-cv-00254

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th of March 2010, I electronically filed my Stipulation Extending Time to Answer or Otherwise Respond to Complaint on behalf of Defendant Account Control Technology, Inc. with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

    Seth Andrews, Esq.

I Declare The Foregoing To Be True and Correct Under Penalty of Perjury. Executed In Buffalo, New York on May 19, 2010.

**HISCOCK & BARCLAY, LLP**

/s/ John P. Gaughan
John P. Gaughan
*Account Control Technology, Inc.*
1100 M&T Center
Three Fountain Plaza
Buffalo, New York
Telephone:  (716) 566-1300

- 2 -