**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**MARY ANN CROOKS,**

                *Plaintiff,*

v.

**ACCOUNT CONTROL TECHNOLOGY, INC.**

                *Defendant*.

Case No.: 10-cv-00254

---

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.2, John P. Gaughan, Esq. associated with the firm Hiscock & Barclay, LLP. files Notice of Appearance as counsel for Defendant Account Control Technology, Inc. in the above-captioned matter.

**DATED**:  May 19, 2010                **HISCOCK & BARCLAY, LLP**

                                                        /s/ John P. Gaughan
                                                  John P. Gaughan
                                                  1100 M&T Center
                                                  3 Fountain Plaza
                                                  Buffalo, New York 14203-1414
                                                  Telephone:  (716) 566-1300
                                                  jgaughan@hblaw.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**MARY ANN CROOKS,**

                *Plaintiff,*

v.

**ACCOUNT CONTROL TECHNOLOGY, INC.**

                Case No.: 10-cv-00254

                *Defendant*.

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of May, 2010 I electronically filed my Notice of Appearance on behalf of Defendant Account Control Technology, Inc. with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

        Seth Andrews, Esq.

I Declare The Foregoing To Be True and Correct Under Penalty of Perjury. Executed In Buffalo, New York on May 19, 2010.

**HISCOCK & BARCLAY, LLP**

    /s/ John P. Gaughan
John P. Gaughan
*Attorneys for Defendant*
*Account Control Technology, Inc.*
1100 M&T Center
Three Fountain Plaza
Buffalo, New York