UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARYANN CROOKS,

        Plaintiff,

    v.

Civil Action No. 10-CV-00254

ACCOUNT CONTROL TECHNOLOGY, INC.,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Maryann Crooks, hereby voluntarily dismisses this action against Defendant Account Control Technology, Inc., with prejudice.

DATED:  9-14-10

Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884